# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
**United States District Court**
**Southern District of New York**

Mag. Dkt. No. **22 MJ 9158**                            Date **1/18/23**

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

Complaint          ✓  Removal Proceedings in

*United States v.*  **William Whymark**

The Complaint/Rule 40 Affidavit was filed on  **11/14/22**

*U.S. Marshals please withdraw warrant*

STEPHANIE SIMON  Digitally signed by STEPHANIE SIMON
Date: 2023.01.18 21:18:12 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: **1/19/23**

UNITED STATES MAGISTRATE JUDGE